# MEMORANDUM DECISIONS.

DAVID TAYLOR, V. CHARLES P. WOODBURY et al. (WILLIAM BABBITT, Cross-petitioner, *Appellant;* ROBERT B. CAMPBELL et al., *Appellees*).

No. 17,466.

## OPINION ON REHEARING.

Appeal from Clark district court. Opinion on rehearing filed November 9, 1912. Reaffirmed. (For original opinion, see 86 Kan. 650, 120 Pac. 367.)

*Francis C. Price,* of Ashland, for the appellant.

*Robert C. Mayse,* and *W. W. Harvey,* both of Ashland, for the appellees; *H. J. Bone,* of Ashland, of counsel.

*Per Curiam:* Upon rehearing the former judgment is adhered to.

JAY LUPHER, a Minor, etc., *Appellee,* v. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY, *Appellant.*

No. 17,487.

## OPINION ON REHEARING.

Appeal from Neosho district court. Opinion on rehearing filed November 9, 1912. Reaffirmed. (For original opinion, see 86 Kan. 712, 122 Pac. 106.)

*William R. Smith, Owen J. Wood,* and *Alfred A. Scott,* all of Topeka, for the appellant.

*H. P. Farrelly,* and *T. R. Evans,* both of Chanute, for the appellee.

*Per Curiam:* Upon rehearing the former judgment is affirmed. BURCH, PORTER, and WEST, J. J., dissenting.